# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Decker Oaks Development II, Ltd., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| ROYCE HOMES, LP, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2070 |
| | § | BANKRUPTCY NO. 07-35557 |
| DECKER OAKS DEVELOPMENT II, LTD., | § | ADVERSARY NO. 07-3421 |
| | § | |
| Appellee. | § | |

## ORDER

This court has considered the request of Royce Homes to amend the Order of July 21, 2008, entered in the above entitled matter, along with the objections raised by Decker Oaks. The Order is amended in the following respects:

1. For each closing hereafter, Royce will deposit into the interest-bearing escrow account established with Stewart Title the greater of $500 or any amount paid to Royce (other than the 2.5% for sales commissions and $500 for construction management that the title company identifies on each closing statement and pays to Royce Homes, which then transfers these amounts to the independent

contractors who worked as the salesperson for the home or the make-ready contractor for the home).

2. Decker Oaks will deposit executed partial releases of the abstract of judgment with any title company closing a sale of any home sold by Royce with instructions that no partial release will be released or filed as a matter of public record except in conjunction with a closing in which the greater of $500 or any amount paid to Royce (other than the 2.5% for sales commissions and $500 for construction management that the title company identifies on each closing statement and pays to Royce Homes, which then transfers these amounts to the independent contractors who worked as the salesperson for the home or the make-ready contractor for the home) is to be deposited into the escrow account deposited with Stewart Title.

3. Decker Oaks may take no action to enforce the judgment if Royce defaults under any of the terms and conditions imposed by the Order of July 21, 2008, without first giving to counsel for Royce three days notice of its intention to do so.

SIGNED on October 1, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge