# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Decker Oaks Development II, Ltd., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| ROYCE HOMES, LP, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2070 |
| | § | BANKRUPTCY NO. 07-35557 |
| DECKER OAKS DEVELOPMENT II, LTD., | § | ADVERSARY NO. 07-3421 |
| | § | |
| Appellee. | § | |

## ORDER

Royce Homes, L.P.'s Motion to Strike the Surreply of Decker Oaks Development II, Ltd., is denied. Royce Homes, L.P.'s alternative Motion for Leave to File Respond to Surreply of Appellee, Decker Oaks Development II, Ltd., is granted. (Docket Entry No. 24).

Royce Homes, L.P.'s Response to Surreply is filed as of October 21, 2008.

SIGNED on October 21, 2008, at Houston, Texas.

Lee H. Rosenthal
United States District Judge