**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Decker Oaks Development II, Ltd., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| ROYCE HOMES, LP, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2070 |
| | § | BANKRUPTCY NO. 07-35557 |
| DECKER OAKS DEVELOPMENT II, LTD., | § | ADVERSARY NO. 07-3421 |
| | § | |
| Appellee. | § | |

**ORDER**

Royce Homes LP, has filed an emergency motion appealing from the Bankruptcy Court's December 23, 2008 order lifting the stay of execution of the judgment in this case and, among other things, ordering that Royce Homes, within three days, execute an assignment of its equity interest in Park Lakes Communities, LP to the debtor, Decker Oaks Development II, Ltd.  The emergency motion to stay the execution of the judgment is granted.  The motion to stay the December 23, 2008 order is also granted.  A hearing is set for **January 5, 2009, at 10:00 a.m.**

SIGNED on December 26, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge