**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:  Decker Oaks Development II, Ltd., | § | |
| Debtor | § | |
| _____ | § | |
| | § | |
| ROYCE HOMES, L.P., | § | |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | CIVIL ACTION  NO. H-08-2070 |
| | § | Bankruptcy Case:  07-35557 |
| DECKER OAKS DEVELOPMENT II, | § | Adversary Case:  07-3421 |
| LTD., ROBERT WEEDN | § | |
| DEVELOPMENT, LTD. and ROBERT | § | |
| WEEDN, Individually, | § | |
| | § | |
| Appellees. | § | |

## ORDER

The judgment of the bankruptcy court is reversed.  This case is remanded to the

bankruptcy court.

SIGNED on March 18, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge